THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J&J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RAUFELIA RODRIGUEZ, et al. <br><br> Defendant. | CASE NO. 2:08-cv-01140-JAM <br><br> ORDER GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE AND FILE STATUS REPORT |

## ORDER

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional thirty (30) days from today's date, to and including April 10, 2009, to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice

ORDER (Proposed) GRANTING PLAINTIFF'S
*EX-PARTE* APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE AND FILE STATUS REPORT
PAGE 1

PDF created with pdfFactory trial version www.pdffactory.com

of Voluntary Dismissal as Defendant Raufelia Rodriguez where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

/s/ John A. Mendez_____     Date: 3/9/2009
**HONORABLE JOHN A. MENDEZ**
United States District Court Judge
Eastern District of California

///

///

///

///

///

///

///

///

///

///

///

///

**ORDER (Proposed) GRANTING PLAINTIFF'S**
***EX-PARTE* APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE AND FILE STATUS REPORT**
**PAGE 2**

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE (SERVICE BY FAX)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, CA 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 9, 2009, I served:

**ORDER (Proposed) GRANTING PLAINTIFF'S *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE AND FILE STATUS REPORT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Raulfelia Rodriguez (Defendant)
5701 Franklin Blvd., Ste. B
Sacramento, CA 95824

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 9, 2009, at South Pasadena, California.

Dated: March 9, 2009           */s/ Maria Baird*
                                **MARIA BAIRD**

**ORDER (Proposed) GRANTING PLAINTIFF'S**
***EX-PARTE* APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE AND FILE STATUS REPORT**
**PAGE 3**

PDF created with pdfFactory trial version www.pdffactory.com